450 A.2d 228

Unterberg v. Unterberg.

Appeal of Miriam Unterberg.

Petition for Allowance of Appeal
Denied Jan. 21, 1983.

Argued May 12, 1982.  Michael J. Reiter, for appellant;  Sanford D. Beecher, Jr., for appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Order affirmed.